HARTWELL THALACKER, LTD
Doreen Spears Hartwell, Bar No. 7525
11920 Southern Highlands Pkwy., Suite 201
Las Vegas, Nevada 89141
Telephone: (702) 850-1076
E-mail: doreen@hartwellthalacker.com

Attorneys for Defendant
First Advantage Background Services Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUAN MANUEL GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>Defendant. | Case No. 2:24-cv-02288-GMN-NJK<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

First Advantage Background Services Corp., by its attorney and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1, files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. As grounds for this motion, First Advantage states as follows:

1. Plaintiff filed his Complaint on December 10, 2024. (Doc. 1).

2. First Advantage was served with the Summons and a copy of Plaintiff's Complaint on December 9, 2024. Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, First Advantage's responsive pleading currently must be filed by January 8, 2025.

3. First Advantage required time to find local counsel admitted to practice in the United States District Court for the District of Nevada and is filing this motion promptly after engaging local counsel.

1      4.     Additionally, First Advantage and its counsel require additional time to fully investigate and respond to Plaintiff's allegations and claims.

    5.     Accordingly, First Advantage seeks, and Plaintiff does not oppose, an extension through and including February 7, 2025, to answer or otherwise respond to Plaintiff's Complaint. See attached email exchange between lead counsel.

    6.     This request is made in good faith and will not affect any other deadlines or the just, speedy, and inexpensive determination of this action. *See* Fed R. Civ. P. 1.

    7.     This is First Advantage's first request for an extension of time in this case.

WHEREFORE, First Advantage respectfully requests that the Court grant this unopposed motion and extend First Advantage's deadline to answer or otherwise respond to Plaintiff's Complaint through and including February 7, 2025.

                                                   HARTWELL THALACKER, LTD

                                                   /s/Doreen Spears Hartwell
Doreen Spears Hartwell, NSB #7525
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
*Attorneys for Defendant*
FIRST ADVANTAGE
BACKGROUND SERVICES CORP.

IT IS SO ORDERED.
Dated: January 6, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2