HARTWELL THALACKER, LTD
Doreen Spears Hartwell, Bar No. 7525
11920 Southern Highlands Pkwy., Suite 201
Las Vegas, Nevada 89141
Telephone: (702) 850-1076
E-mail: doreen@hartwellthalacker.com

Attorneys for Defendant
First Advantage Background Services Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUAN MANUEL GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST ADVANTAGE<br>BACKGROUND SERVICES CORP.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02288-GMN-NJK<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

　　　Plaintiff JUAN MANUEL GUTIERREZ and Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims asserted therein shall be dismissed with prejudice.

Respectfully Submitted,

| ASTUNO SABEL PLLC | SEYFARTH SHAW LLP |
|---|---|
| By: /s/ Robert M. Tzall | By: /s/ Esther Slater McDonald |
| Robert M. Tzall<br>Bar No. 13412<br>1576 Bozeman Drive<br>Henderson, Nevada 89012<br>Telephone: (702) 666-0233<br>robert@contemporarylegalsolutions.com | Doreen Spears Hartwell<br>Bar No. 7525<br>11920 Southern Highlands Pkwy.,<br>Suite 201<br>Las Vegas, Nevada 89141<br>Telephone: (702) 850-1076<br>doreen@hartwellthalacker.com |
| Attorneys for Plaintiff<br>JUAN MANUEL GUTIERREZ | Frederick T. Smith<br>Esther Slater McDonald<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 885-1500<br>fsmith@seyfarth.com<br>emcdonald@seyfarth.com |
| | Attorneys for Defendant<br>FIRST ADVANTAGE<br>BACKGROUND SERVICES CORP. |

Date: April 29, 2025

**IT IS SO ORDERED.**

Dated this  30  day of April, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                          */s/ Robert Tzall*